```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                           Case No. 15-11169-amc
Clyde Martin, Jr.                                                Chapter 13
Gwendolyn M. Martin
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0313-2        User: Stacey              Page 1 of 2         Date Rcvd: Aug 25, 2016
                            Form ID: pdf900           Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2016.
db/jdb        +Clyde Martin, Jr.,    Gwendolyn M. Martin,    437 W. Roosevelt Boulevard,
                Philadelphia, PA 19120-4148
13481695       Capital Collection Svc,    300 N Route 73,    West Berlin, NJ 08091
13481696      +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13481697      +Cibik and Cataldo, P.C.,    1500 Walnut St., Suite 900,    Philadelphia, PA 19102-3518
13481702      +Einstein Medical Center,    PO Box 785371,    Philadelphia, PA 19175-0001
13481703      +Einstein Practice Plan,    PO Box 8500-8735,    Philadelphia, PA 19178-0001
13481704      +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
13481705      +Experian,   Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13481708      +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13481707      +Kevin Parker, Esquire,    1528 Walnut Street,    # 2000,    Philadelphia, PA 19102-3613
13481709      +LEWIS C TRAUFFER,Esq.,    1601 Market Street,    Suite 2300,    Philadelphia, PA 19103-2306
13551903      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13481710      +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
                Oklahoma City, OK 73126-0648
13481711       PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,   P.O. Box 280946,
                Harrisburg, PA 17120-0946
13481713      +PGW,   Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13481714       Roxborough Memorial Hospital,    5800 Ridge Avenue,    Philadelphia PA 19128
13486903      +Roxborough Memorial Hospital,    c/o Tabas & Rosen, P.C.,    1601 Market Street, Suite 1601,
                Philadelphia, PA 19103-2301
13486904      +Roxborough Memorial Hospital,    c/o Tabas & Rosen, P.C.,    1601 Market Street, Suite 2300,
                Philadelphia, PA 19103-2306
13481715      +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                Chicago, IL 60661-3631
13481716      +Tsi/09,   507 Prudential Rd,    Horsham, PA 19044-2308
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Aug 26 2016 01:43:12     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 26 2016 01:42:58
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 26 2016 01:43:08     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13481699      +E-mail/Text: bankruptcy@phila.gov Aug 26 2016 01:43:12     City Of Philadelphia,
                Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,   Philadelphia, PA 19102-1611
13481700      +E-mail/Text: bankruptcy@phila.gov Aug 26 2016 01:43:12     City of Philadelphia,
                Bankruptcy Unit,    15th Floor,   1515 Arch Street,   Philadephai, PA 19102-1504
13481701      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 26 2016 01:43:19
                Credit Collections Svc,    PO Box 773,   Needham, MA 02494-0918
13481706       E-mail/Text: cio.bncmail@irs.gov Aug 26 2016 01:42:50     I.R.S.,   P.O. Box 7346,
                Philadelphia, PA 19101-7346
13492761       E-mail/Text: ebn@vativrecovery.com Aug 26 2016 01:42:51     Palisades Collections, LLC,
                VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Collections, LLC,
                P.O. Box 40728,   Houston, TX 77240-0728
13481712       E-mail/Text: bankruptcygroup@peco-energy.com Aug 26 2016 01:42:51     Peco Energy,
                2301 Market Street # N 3-1,    Legal Department,   Philadelphia PA 19103-1338
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13481698*     +Cibik and Cataldo, P.C.,    1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
                                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Aug 25, 2016
                              Form ID: pdf900           Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2016 at the address(es) listed below:
              ANDREW F GORNALL     on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2     on behalf of Debtor Clyde  Martin, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2     on behalf of Joint Debtor Gwendolyn M. Martin ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2     on behalf of Joint Debtor Gwendolyn M. Martin ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2     on behalf of Debtor Clyde  Martin, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 8
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLYDE MARTIN, JR.  
GWENDOLYN M. MARTIN

Chapter 13

Debtor

Bankruptcy No. 15-11169-AMC

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this _23rd_ day of _Aug_, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
CIBIK & CATALDO  
1500 WALNUT STREET  
SUITE 900  
PHILA, PA 19102-

Debtor:  
CLYDE MARTIN, JR.  
GWENDOLYN M. MARTIN  
437 W. ROOSEVELT BOULEVARD

PHILADELPHIA, PA 19120